UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| LODSYS GROUP, LLC, <br><br> Plaintiff, <br> v. <br><br> TMSOFT, LLC, <br><br> Defendant. | CIVIL ACTION NO. 2:13-cv-255 |

## ORDER

Having considered Apple's Unopposed Motion to Intervene and the papers submitted in support thereof, the Court hereby GRANTS Apple's Motion and permits Apple to intervene in this action on the issues of license and patent exhaustion.

**So ORDERED and SIGNED this 9th day of May, 2013.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE