UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:13-cv-255

Name of party requesting extension: TMSoft, LLC

Is this the first application for extension of time in this case?   ☐ Yes   ☑ No

If no, please indicate which application this represents:   ☑ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 4/26/2013

Number of days requested:   ☑ 30 days   ☑ 15 days   ☐ Other _____ days

New Deadline Date:  7/2/2013   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Christopher Huck (filing as courtesy to Defendant)

State Bar No.: Admitted Pro Hac Vice

Firm Name: Kelley, Goldfarb, Huck & Roth, PLLC

Address: 700 Fifth Avenue, Suite 6100
Seattle, WA 98104

Phone: 206-452-0260

Fax: 206-397-3062

Email: huck@kdg-law.com

A certificate of conference does not need to be filed with this unopposed application.