IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:13-cv-255-JRG |
| v. | § § | |
| TMSOFT, LLC, | § § | |
| Defendant. | § § | |

**ORDER WITHDRAWING PENDING MOTION AND DISMISSAL WITH PREJUDICE**

In consideration of Plaintiff Lodsys Group, LLC's and Defendant TMSoft, LLC's Joint Motion to Withdraw Pending Motion and Dismiss With Prejudice all claims and counterclaims between Plaintiff Lodsys Group, LLC and Defendant TMSoft, LLC, it is ORDERED, ADJUDGED, AND DECREED that (i) Defendant TMSoft, LLC's Motion to Dismiss Under the Texas Citizens Participation Act and for Lack of Personal Jurisdiction [Dkt. No. 17] is hereby withdrawn; and (ii) all claims and counterclaims asserted in this suit between Plaintiff Lodsys Group, LLC and Defendant TMSoft, LLC are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**So Ordered and Signed on this**

**Jul 30, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE